IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>SONORA SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. CV-F-09-285 OWW/DLB<br><br>ORDER ADVISING PARTIES OF JUDICIAL NOTICE |

The parties are advised that the Court will take judicial notice of the Order granting Defendants' motion to dismiss filed on December 23, 2002 in *Fliess v. Washoe County*, *et al.*, No. CV-N-02-0011-LRH(RAM), United States District Court for the District of Nevada.  The Court may take judicial notice of matters of public record, including duly recorded documents, and court records available to the public through the PACER system via the internet.  *See* Fed. R. Evid. Rule 201(b); *United States v. Howard*, 381 F.3d 873, 876, fn.1 (9th Cir. 2004).  Ninth Circuit

**Rule 36-3 does not prohibit citation to or reliance on unpublished District Court decisions, which are, like published District Court opinions, only persuasive authority.** *San Luis & Delta-Mendota Water Authority v. Salazar*, 2009 WL 1575169 at *18 n.8 (E.D.Cal.2009); *In re Van Wagoner Funds Inc. Securities Litigation*, 322 F.Supp.2d 1173, 1182 n.5 (N.D.Cal.2004).

IT IS SO ORDERED.

**Dated:   June 24, 2009**                             /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE