**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**
**HEATHER L. HOLBROOKS-KURATEK, ESQ. (SBN 246498)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:  (925) 937-5433
Facsimile:   (925) 938-5567

Attorneys for Plaintiff,
C.B.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| C.B., a minor, | Case No. 1:09-CV-0002850OWW-DLB |
| Plaintiff, | |
| v. | **STIPULATED SCHEDULING ORDER** |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10 | |
| _____Defendants. | |
| _____/ | |

The Court notified the parties in the above-captioned case today that the hearing set for July 2, 2009 was continued to July 9, 2009. Plaintiff's counsel, Christine Hopkins and John Martin, cannot attend a hearing on July 9, 2009 due to pre-planned out of town vacations.

The parties have met and conferred regarding a date when on all counsel are available for the hearing on the Motions to Dismiss now pending before the Honorable Oliver W. Wanger.

The parties hereby ask that the Court reschedule the July 9, 2009 hearing for July 17, 2009 or July 20, 2009.

*C.B. v. Sonora School District, et al.*
Stipulated Scheduling Order            1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   June 29, 2009                           _____/s/_____

CHRISTINE HOPKINS

Attorneys for Plaintiff

DATED:   June 29, 2009                           _____/s/_____

JASON SHERMAN

Attorneys for Defendants, Sonora School District and Karen Sinclair

DATED:   June 29, 2009                           _____/s/_____
CORNELIUS J. CALLAHAN
Attorneys for Defendants, City of Sonora, Hal Prock, and Mace McIntosh

PURSUANT TO STIPULATION,

   IT IS ORDERED THAT THE HEARING ON THE MOTIONS TO DISMISS PENDING IN THE ABOVE-CAPTIONED CASE IS RESCHEDULED TO JULY 30, 2009 at 12:00 PM.

IT IS SO ORDERED.

**Dated:   July 6, 2009**                           _____/s/ Oliver W. Wanger_____
UNITED STATES DISTRICT JUDGE