IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor,<br><br>             Plaintiff,<br><br>        vs.<br><br>SONORA SCHOOL DISTRICT,<br>et al.,<br><br>             Defendants. | No. CV-F-09-285 OWW/DLB<br><br>ORDER AMENDING MEMORANDUM DECISION AND ORDER *NUNC PRO TUNC* |

The Memorandum Decision and Order filed on September 22, 2009, (Doc. 44), is hereby amended *nunc pro tunc*. Page 88, lines 8-10 is deleted and the following substituted:

> Whether Plaintiff is entitled to punitive damages against Defendant Sinclair in connection with the Fourth Cause of Action for intentional infliction of emotional distress is deferred. Plaintiff has been granted leave to amend the Fourth Cause of Action.

///

///

1

IT IS SO ORDERED.

Dated: September 24, 2009          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE