# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor, | 1:09-cv-0285 OWW DLB |
| Plaintiff, | ORDER AFTER SCHEDULING CONFERENCE |
| v. | |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE McINTOSH; OFFICER HAL PROCK; DOES 1-10, | Motion to Dismiss Filing Deadline: 1/11/10 |
| | Opposition Filing Deadline: 1/25/10 |
| Defendants. | Reply Filing Deadline: 2/1/10 |
| | Motion to Dismiss Hearing Date: 3/8/10 10:00 Ctrm. 3 |

I.  Date of Scheduling Conference.

   December 11, 2009.

II. Appearances Of Counsel.

   Christine Hopkins, Esq., appeared on behalf of Plaintiff.

   Jason M. Sherman, Esq., appeared on behalf of Defendants Sonora School District and Karen Sinclair.

   Cornelius J. Callahan, Esq., appeared on behalf of Defendants City of Sonora, Chief of Police Mace McIntosh and Officer Hal Prock.

///

III.  Status of Case.

1. A tentative settlement has been reached between the School Defendants, including Sonora School District and Karen Sinclair, that is contingent on approval of a Petition for Minor's Compromise and an order approving a stipulation for determination of good faith settlement.  The Petition for Minor's Compromise has already been filed and is scheduled to be heard before Magistrate Judge Dennis Beck on January 8, 2010.  The District will be circulating a stipulation for determination of good faith settlement within the next month and will submit it to the court for approval as soon as it has been executed by the parties.  Counsel for City of Sonora Defendants has stated that City Defendants will execute said stipulation.  After the stipulation is approved and the Minor's Compromise is approved, Plaintiff C.B. will file a request for dismissal with prejudice of the District and Ms. Sinclair.

2. The settling parties shall provide the court with settlement documents within twenty (20) days after entry of the Order Approving Minor's Compromise.

3. The balance of action: The Plaintiff intends to file a First Amended Complaint on or before December 18, 2009.

**Filing of First Amended Complaint as to City of Sonora Defendants**:

1. No settlement was reached between Plaintiff C.B. and the City of Sonora Defendants, including the City of Sonora, Chief Mace McIntosh, and Officer Hal Prock.

2. Plaintiff C.B. intends to submit a First Amended Complaint by December 18, 2009.  Plaintiff C.B. does not intend,

according to the settlement with the Sonora School District and Karen Sinclair, to amend the causes of action alleged against the settling Defendants.  Plaintiff C.B. intends to solely amend the causes of action against the non-settling Defendants, including additional information about the handcuffing to which Plaintiff was subjected, and including additional information supporting Plaintiff's position that such handcuffing was not justifiable under the totality of the circumstances.

IV.  Motion to Dismiss.

    1.   The Defendants intend to move to dismiss the amended complaint and will file a Rule 12(b)(6) and related motions by January 11, 2010.  The opposition shall be filed on or before January 25, 2010.  Any reply shall be filed on or before February 1, 2010.  The hearing date on the motion to dismiss will be March 8, 2010, at 10:00 a.m. in Courtroom 3.

V.   Motions - Hard Copy.

    1.   The parties shall submit one (1) courtesy paper copy to the Court of any motions filed that exceed ten pages and any motions that have exhibits attached.  Exhibits shall be marked with <u>protruding numbered or lettered tabs</u> so that the Court can easily identify such exhibits.

VI.  Compliance With Federal Procedure.

    1.   The Court requires compliance with the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.  To aid the court in the efficient administration of this case, all counsel are directed to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District

of California, and keep abreast of any amendments thereto.

IT IS SO ORDERED.

Dated:   **December 11, 2009**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE