**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff,
C.B.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor, | Case No. 1:09-CV-00285-OWW-SMS |
| Plaintiff, | |
| v. | **ORDER DENYING THE RULE 12(b)(6) MOTION BROUGHT BY DEFENDANTS CITY OF SONORA, CHIEF OF POLICE MACE MCINTOSH, AND OFFICER HAL PROCK** |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10 | |
| Defendants. | DATE: March 8, 2010<br>TIME: 10:00 a.m.<br>DEPT: 3 |
| | JUDGE: Hon. Oliver W. Wanger |

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint came on regularly for hearing by this Court on March 8, 2010, the Honorable Oliver W. Wanger presiding.

The Court, having read the supporting and opposing papers, and having heard the arguments at the hearing, and good cause appearing, orders as follows:

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss and Motion for a More Definite Statement is hereby denied in its entirety;

2. Plaintiff's First Amended Complaint adequately pleads causes of action for False Imprisonment, Battery, and Intentional Infliction of Emotional Distress against the moving Defendants.

1

Fed.R.Civ.Pro. 8(a)(2), (e).

3. Plaintiff's First Amended Complaint adequately pleads causes of action for violation of 42 U.S.C. § 1983 against Chief of Police Mace McIntosh and Officer Hal Prock in their individual capacities. Fed.R.Civ.Pro. 8(a)(2), (e).

4. Defendants assertion of qualified immunity in this Rule 12(b)(6) motion is denied without prejudice to Defendants' raising the issue of qualified immunity in a Motion for Summary Judgment after discovery in this matter.

5. Defendants are ordered to file an Answer to the First Amended Complaint within 20 days of this order.

6. The parties are ordered to telephonically appear before the Court on May 7, 2010 at 8:15 before Judge Oliver W. Wanger in courtroom 3 for a Case Management Conference to set discovery and pre-trial deadlines and a trial date. The parties shall e-file a Joint Status Report seven days prior to the Case Management Conference.

**IT IS SO ORDERED.**

**Dated:     March 11, 2010**                    /s/ Oliver W. Wanger
                                                 **UNITED STATES DISTRICT JUDGE**