ALESA SCHACHTER (SBN 102542)
JASON M. SHERMAN (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants SONORA SCHOOL DISTRICT and KAREN SINCLAIR

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISON

| | |
|---|---|
| C.B., a minor, | **CASE NO. 1:09-CV-00285-OWW-DLB** |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | **[FRCP 41(a)(1)]** |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10, | |
| Defendants. | **Judge:     Oliver W. Wanger** |

IT IS HEREBY STIPULATED by and between Plaintiff, C.B., a minor and Defendants, SONORA SCHOOL DISTRICT and KAREN SINCLAIR, through their designated attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice with respect to Defendants  SONORA SCHOOL DISTRICT and KAREN SINCLAIR, only pursuant to FRCP 41(a)(1) and this Court's Order dated March 4, 2010 adopting Findings and Recommendation as Modified and granting Petition for Approval of Minor's Compromise with Defendant SONORA SCHOOL DISTRICT and KAREN SINCLAIR.

/ / /

/ / /

Dated: April 16, 2010              JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation


                                            /S/
                                   ALESA SCHACHTER
                                   JASON M. SHERMAN, Attorneys for Defendants
                                   SONORA SCHOOL DISTRICT and KAREN
                                   SINCLAIR


Dated: April 14, 2010              LAW OFFICES OF JOHN F. MARTIN


                                            /S/
                                   CHRISTINE HOPKINS, ESQ.
                                   Attorney for Plaintiff, C.B., a minor


**ORDER**


IT IS SO ORDERED.

   Dated:   **April 16, 2010**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

2

**STIPULATION OF DISMISSAL AND ORDER**