1

**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**

2

**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation

3

3100 Oak Road, Suite 230
Post Office Box 5331

4

Walnut Creek, CA 94596
Telephone: (925) 937-5433

5

Facsimile: (925) 938-5567

6

Attorneys for Plaintiff,
C.B.

7

8

9

## UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11

12

C.B., a minor,

13

              Plaintiff,

14

v.

15

SONORA SCHOOL DISTRICT; KAREN
SINCLAIR; CITY OF SONORA; CHIEF OF

16

POLICE MACE MCINTOSH; OFFICER
HAL PROCK; DOES 1-10

17

              Defendants.

18

19

20

Case No. 1:09-CV-00285-OWW-SMS

**ORDER DENYING IN PART AND
GRANTINGIN IN PART DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Date:          2/07/11
Time:          10:00 a.m.
Courtroom:     3
Hon.:          Oliver W. Wanger

Action filed:  2/13/09
Trial Date:    05/03/11

21

        Defendants' Motion for Summary Judgment was heard by this Court on February 7, 2011,

22

the Honorable Oliver W. Wanger presiding.

23

24

        The Court, having read the supporting and opposing papers, and having heard oral

25

arguments at the hearing, and good cause appearing, orders as follows:

26

        **IT IS HEREBY ORDERED that:**

27

28

Order on Defendants' Motion for Summary Judgment
Case No. 1:09-CV-00285-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1.   Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's 42 U.S.C. § 1983 causes of action against individual Defendants Hal Prock and Mace McIntosh for seizure and use of excessive force in violation of the 4th Amendment of the U.S. Constitution;

2.   Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's 42 U.S.C. § 1983 causes of action against municipal Defendant City of Sonora for seizure and use of excessive force in violation of the 4th Amendment of the U.S. Constitution;

3.   Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's state law claims for false imprisonment, battery, and intentional infliction of emotional distress;

4.   Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's claim for punitive damages against Defendants Hal Prock and Mace McIntosh;

5.   Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claim for punitive damages against Defendant City of Sonora.

IT IS SO ORDERED.

DATED:        February 25, 2011                    /s/ OLIVER W. WANGER

United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com