**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Pos Office Box 5331
Walnut Creek, CA 94596
Telephone:     (925) 937-5433
Facsimile:      (925) 938-5567

Attorneys for Plaintiff, C.B.

**CORNELIUS J. CALLAHAN, ESQ. (SBN 202585)**
BORTON PETRINI, LLP
1104 12th Street
Modesto, California 95354
Telephone:     (209) 576-1701

Attorneys for Defendants CITY OF SONORA, CHIEF OF POLICE MACE MCINTOSH, and OFFICER HAL PROCK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISON

| | |
|---|---|
| C.B., a minor, | CASE NO. 1:09-CV-00285-OWW-DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10, | Trial Date:     May 3, 2011 |
| | MIL Hearing:  April 29, 2011 |
| Defendants. | Judge:          Honorable Oliver Wanger |

     Plaintiff C.B and Defendants City of Sonora, Mace McIntosh and Hal Prock hereby respectfully request that the Court continue the May 3, 2011 trial date in this matter to July 6, 2011.

1
_____
**REQUEST FOR CONTINUANCE OF TRIAL DATE**

1  Plaintiff C.B. learned on April 11, 2011 that his Expert Witness and Psychiatrist Dr.
2  Herbert Schreier must be out of the country from May 4, 2011 through May 23, 2011. Dr.
3  Schreier will be in Norway and completely unavailable during those dates. Dr. Schreier was out
4  of the country throughout March of 2011 which prevented Plaintiff's counsel from confirming
5  Dr. Schreier's availability prior to the Pre-Trial Conference in this matter. While not a basis for
6  this request, a continuance of the trial in this matter to July 2011 would prevent the minor
7  Plaintiff C.B. from missing a week's worth of instruction at school during the trial.
8  
9  Plaintiff and Defendants sincerely apologize to the Court for any inconvenience caused
10 by this request. In order to minimize inconvenience to the Court, Plaintiff and Defendant will
11 agree to abide by all other deadlines set by the Court in its Pre-Trial order, including submission
12 of exhibit and witness lists, jury instructions and verdicts, voir dire, etc. Counsel for Plaintiff
13 and Defendant have confirmed all of their witnesses' availability for the July 6th trial date.
14 
15 
16 DATED:   April 14, 2011          /s/    Christine Hopkins
                                    CHRISTINE HOPKINS
17                                  Attorneys for Plaintiff C.B.
18 
19 DATED:   April 14, 2011          /s/   Neil Callahan
                                    CORNELIUS J. CALLAHAN
20                                  Attorneys for Defendants
                                    CITY OF SONORA, CHIEF OF POLICE MACE
21                                  MCINTOSH, and OFFICER HAL PROCK
22 
23 
24 ///
25 
26 ///
27 
28 

2
**REQUEST FOR CONTINUANCE OF TRIAL DATE**

ORDER

Having taken into consideration the mutual request by the parties for a continuance of the trial, the May 3, 2011 trial date is hereby vacated and a new trial date is set for July 6, 2011.

IT IS SO ORDERED.

Dated:   **April 20, 2011**                              **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE