Cornelius J. Callahan, Esq. #202585
BORTON PETRINI, LLP
1104 12th Street
Modesto, California 95354
Telephone: (209) 576-1701

Attorneys for Defendant,
CITY OF SONORA, CHIEF OF POLICE
MACE MCINTOSH and OFFICER HAL PROCK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| C.B., a minor, | Case No. 1:09-CV-00285-OWW-SMS |
| Plaintiff | **ORDER ON MOTIONS IN LIMINE BROUGHT BY DEFENDANTS CITY OF SONORA, CHIEF OF POLICE MAC McINTOSH AND OFFICE HAL PROCK** |
| v. | |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10, | DATE: July 6, 2011
DEPT: 3
JUDGE: Hon. Oliver W. Wanger |
| Defendants | |

Defendants' Motions in Limine came on regularly for hearing by this Court on May 12, 2011, the Honorable Oliver W. Wanger presiding.

The Court, having read the supporting and opposing papers, and having heard the arguments at the hearing, and good cause appearing, orders as follows:

IT IS HEREBY ORDERED that:

1. Defendants' Motions in Limine Numbers 1 and 4 are WITHDRAWN.

2. Defendants' Motions in Limine Numbers 2 and 3 are GRANTED.

3. Defendants' Motions in Limine Number 7 is GRANTED IN PART and DENIED IN PART. Chief McIntosh and Officer Prock's P.O.S.T. training records are admissible evidence as long as personally identifying information is redacted. No other personnel records or file

1  will be admissible into evidence.

2          4.      Defendants' Motions in Limine Number 6 is GRANTED IN PART and
3  DENIED IN PART. Plaintiff will not seek to introduce into evidence any prior litigation or discipline
4  against defendants. Evidence and testimony as to other incidences of handcuffing of students at the
5  Sonora Elementary School is admissible.

6          5.      Defendants' Motions in Limine Number 5 in DENIED as to defendants'
7  contention that Dr. Martinelli is unqualified. However, it is ORDERED that neither parties' police
8  practices expert will improperly opine as to conclusions of law, conclusions of fact or credibility of
9  witnesses that usurp the role of the Court or the Jury and no Rule 26 reports will be admitted into
10 evidence.

12 IT IS SO ORDERED.

14
15 DATED: June 27, 2011

16                                       /s/ OLIVER W. WANGER
                                      United States District Judge