**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.B., a minor, | 1:09-cv-0285 OWW SMS |
| Plaintiff, | ORDER DENYING MOTION TO CONTINUE TRIAL (DOC. 151) |
| v. | |
| SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10, | |
| Defendants. | |

   The Court denies the motion for Sonora School District, joined in by Defendants Mace McIntosh, and Hal Prock, to continue the trial date.  This trial shall commence on August 23, 2011, a time when the witness Don Cameron, is available.  The Court has read the parties' e-mails that indicate that Mr. Cameron may be called out of order to accommodate his schedule.

   There is no justification for further continuance of this much-delayed matter.  Any motion for continuance of the trial is DENIED.

IT IS SO ORDERED.

Dated:   August 18, 2011             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE