FILED

SEP 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CONNOR BANKS, a minor,

Plaintiff,

v.

CITY OF SONORA; CHIEF OF POLICE MACE McINTOSH; OFFICER HAL PROCK,

Defendants.

1:09-cv-0285 OWW SMS

VERDICTS OF TRIAL JURY

We, the jury in the above-entitled case find the following verdicts on the questions submitted to us.

FOURTH AMENDMENT CLAIM - EXCESSIVE FORCE

Question 1: Has plaintiff Connor Banks proved by a preponderance of the evidence that any defendant violated his Fourth Amendment rights under the U.S. Constitution not to have excessive force used against him?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No_____ |
| Hal Prock | Yes ✓ | No_____ |
| City of Sonora | Yes ✓ | No_____ |

If you answered Question 1 "yes" as to any defendant, answer Question 2. If you answered Question 1 "no" as to all defendants, answer Question 3.

Question 2: Was the violation of Connor Banks' Fourth Amendment rights to be free from excessive force by any defendant, a cause of harm or damage to Connor Banks?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No______ |
| Hal Prock | Yes ✓ | No______ |
| City of Sonora | Yes ✓ | No______ |

Answer Question 3.

FOURTH AMENDMENT CLAIM - UNLAWFUL CUSTODY AND REMOVAL

Question 3: Has plaintiff Connor Banks proved by a preponderance of the evidence that any defendant violated his Fourth Amendment rights under the United States Constitution by wrongfully taking plaintiff Connor Banks into temporary custody and removing him from school?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No ~~✓~~ SH |
| Hal Prock | Yes ✓ | No ~~✓~~ SH |
| City of Sonora | Yes ✓ | No ~~✓~~ SH |

If you answered Question 3 "yes" as to any defendant, answer Question 4. If you answered Question 3 "no" as to all defendants and answered Questions 1 and 2 "yes, answer Question 5.

Question 4: Was the violation of plaintiff Connor Banks' Fourth Amendment rights not to be taken into temporary custody and removed from school by any defendant, a cause of harm or damage to plaintiff?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No ____ |
| Hal Prock | Yes ✓ | No ____ |
| City of Sonora | Yes ✓ | No ____ |

Answer Question 5.

OFFICIAL POLICY AND/OR PRACTICE OR CUSTOM

Question 5: Did the City of Sonora have a long standing practice or custom that caused its police officers to use excessive force against juveniles?

Yes ✓ No_____

Answer Question 6.

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Question 6: Has plaintiff Connor Banks proved by a preponderance of the evidence that the conduct of any defendant intentionally caused him to suffer severe emotional distress?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No_____ |
| Hal Prock | Yes ✓ | No_____ |

If you answered Question 6 "yes" as to any defendant answer Question 7. If you answered Question 1 and 2 and/or 3 and 4 "yes" as to any defendant, answer Question 7. If you answered Questions 1 or 2, and 3 or 4, and Question 6 "no, answer Question 8.

Question 7: Was the intentional infliction of emotional distress against plaintiff Connor Banks by any defendant a cause of harm or damage to plaintiff?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No ______ |
| Hal Prock | Yes ✓ | No ______ |

Answer Question 8.

**AFFIRMATIVE DEFENSE TO INTENTIONAL INFLICTION**

**OF EMOTIONAL DISTRESS - PRIVILEGE**

Question 8: Has any defendant you found liable for intentionally inflicting emotional distress on plaintiff, Connor Banks, proved by a preponderance of the evidence that such defendant was exercising a legal right to take plaintiff into temporary custody under law and such defendant had a good faith belief that he had a legal right to take plaintiff into temporary custody and to use reasonable force to effectuate and continue that custody?

| | | |
|---|---|---|
| Mace McIntosh | Yes_____ | No ✓ |
| Hal Prock | Yes_____ | No ✓ |

If you answered Question 8 "yes" as to any defendant, do not answer Question 11d regarding damages for intentional infliction of emotional distress as to that defendant. If you answered Question 8 "no" as to both defendants, answer Question 9.

FALSE ARREST

Question 9A: Has plaintiff Connor Banks proved by a preponderance of the evidence under state law that he was wrongfully taken into temporary custody and/or wrongfully retained in custody by any defendant?

| | | |
|---|---|---|
| Mace McIntosh | Yes ✓ | No_____ |
| Hal Prock | Yes ✓ | No_____ |

If you answered Question 9A "yes" as to any defendant, answer Question 9B.

Question 9B: Has plaintiff Connor Banks proved by a preponderance of the evidence under state law that defendants' wrongful taking him into temporary custody was a cause of harm or damage to plaintiff?

| | |
|---|---|
| Mace McIntosh Yes ✓ | No_____ |
| Hal Prock Yes ✓ | No_____ |

If you answered Questions 9A and 9B "yes" as to a defendant, answer Question 10. If you answered Question 9A or 9B "no" as to both defendants, but answered Questions 1 and 2 and/or 3 and 4 and/or 6 and 7 "yes," answer Question 11.

AFFIRMATIVE DEFENSE - PROBABLE CAUSE FOR TEMPORARY CUSTODY

Question 10: Did any defendant you found to have wrongfully taken plaintiff Connor Banks into temporary custody and/or wrongfully continued in temporary custody, prove by a preponderance of the evidence that said defendant had probable cause to believe that plaintiff was a juvenile who could be taken into temporary custody and/or continued in temporary custody under state law?

| | | |
|---|---|---|
| Mace McIntosh | Yes_____ | No ✓ |
| Hal Prock | Yes_____ | No ✓ |

If you answered Question 10 "yes" as to either or both defendant(s), do not answer Question 11D as to that defendant. If you answered Question 10 "no" as to either or both defendant(s), answer Question 11D as to that defendant. If you answered Question 10 "yes" as to both defendants, but answered Questions 1 and 2 and/or 3 and 4 and/or 6 or 7 "yes," and Question 8 "no," answer Question 11 as to that defendant.

Question 11: What is the amount of any damages you find was caused to plaintiff, Connor Banks, by the wrongful conduct of any defendant?

Question 11A: Fourth Amendment Right to Be Free From Use of Excessive Force?

Mace McIntosh $ 15,000

Hal Prock $ 5,000

City of Sonora $ 50,000

Question 11B: Fourth Amendment Violation for Seizure By Wrongfully Taking Into Temporary Custody?

Mace McIntosh $ 15,000

Hal Prock $ 5,000

City of Sonora $ 50,000

Question 11C: State Law Intentional Infliction Of Emotional Distress?

Mace McIntosh $ 75,000

Hal Prock $ 50,000

///

///

///

///

Question 11D: False Arrest?

Mace McIntosh $15,000

Hal Prock $5,000

If you found damages in any amount as to any defendant, answer Question 12. If you found no damages or zero damages against all defendants as to all Questions 11A-11D, sign and return this verdict.

Question 12A: Has plaintiff, Connor Banks, proved by a preponderance of the evidence that any individual defendant who you have found liable for causing harm or damage to plaintiff Connor Banks in any amount, in doing so, acted with malice, oppression, or in reckless disregard of plaintiff Connor Banks' rights?

1. FOURTH AMENDMENT - EXCESSIVE FORCE?

Mace McIntosh Yes ✓ No ____

Hal Prock Yes ✓ No ____

2. FOURTH AMENDMENT - WRONGFUL TAKING INTO CUSTODY?

Mace McIntosh Yes ✓ No ____

Hal Prock Yes ✓ No ____

Question 12B: Has plaintiff Connor Banks proved by clear and convincing evidence that any individual defendant who you have found liable for causing harm or damage to plaintiff Connor Banks in any amount, in doing so, acted with malice, oppression, or in reckless disregard of plaintiff Connor Banks' rights?

1. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS?

Mace McIntosh Yes ✓ No ____

Hal Prock Yes ✓ No ____

2. FALSE ARREST?

Mace McIntosh Yes ✓ No ____

Hal Prock Yes ✓ No ____

You may not award punitive damages against the City of Sonora.

Sign and return this verdict.

I certify that the foregoing verdicts are unanimous.

DATED: ~~August~~ September 1, 2011. SH

Sheryl Hawes
Foreperson

AMOUNT OF PUNITIVE DAMAGES

Question 13: Having found that Plaintiff Connor Banks is entitled to recover punitive damages against Defendants Mace McIntosh and Hal Prock we find the following amounts of punitive damages have been proved:

Question 13A:

Fourth Amendment excessive force by a preponderance of the evidence.

Mace McIntosh $ Ø

Hal Prock $ Ø

Fourth Amendment wrongful taking into custody by a preponderance of the evidence.

Mace McIntosh $ Ø

Hal Prock $ Ø

Question 13B:

State claim for intentional infliction of emotional distress by clear and convincing evidence.

Mace McIntosh $ Ø

Hal Prock $ Ø

State claim for false arrest by clear and convincing evidence.

Mace McIntosh $ Ø

Hal Prock $ Ø

Sign and return this verdict.

I certify that the jury in the above-entitled case has unanimously agreed to the damage amounts reflected in this verdict.

DATED: September 1, 2011.

Foreperson