**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:  (925) 937-5433
Facsimile:   (925) 938-5567

Attorneys for Plaintiff,
C.B.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| C.B., a minor, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK, <br><br> Defendants. | Case No. 1:09-CV-00285-OWW-SMS <br><br> **ORDER DENYING DEFENDANTS' RULE 50 and RULE 59 MOTIONS** <br><br> Trial Completed: August 23, 24, 25, 26, 30, 31 & September 1, 2011 <br><br> Courtroom: 3 <br> Hon.: Oliver W. Wanger <br><br> Action filed: 2/13/09 |

The Court having read the moving and opposing papers and considering the evidence herein finds Defendants' Motion for Judgment of a Matter of Law and Defendants' Rule 59 Motion for a New Trial and Remittitur appropriate for determination without oral argument.

The Court finds as follows:

(1)   Defendants' Motion for Judgment as a Matter of Law is DENIED in its entirety as the Jury Verdicts in Plaintiff's favor are supported by substantial

evidence, the Defendants are not entitled to qualified immunity, and Defendants have not established entitlement to an offset.

(2)   Defendants' Motion for a New Trial and for Remittitur is DENIED in its entirety as the Jury Verdicts in Plaintiff's favor, including the $285,000 award of compensatory damages, are not against the clear weight of the evidence.

IT IS SO ORDERED.

Date:   September 30, 2011                     _____/s/ Oliver W. Wanger_____
                                               HONORABLE OLIVER W. WANGER