1  **JOHN F. MARTIN, ESQ. (SBN 52618)**
   **CHRISTINE HOPKINS, ESQ. (SBN 240248)**
2  **LAW OFFICES OF JOHN F. MARTIN**
   A Professional Corporation
3  3100 Oak Road, Suite 230
   Post Office Box 5331
4  Walnut Creek, CA  94596
   Telephone:  (925) 937-5433
5  Facsimile:   (925) 938-5567

6  Attorneys for Plaintiff,
   C.B.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| C.B., a minor, | Case No. 1:09-CV-00285-OWW-SMS |
| Plaintiff, | **JUDGMENT** |
| v. | Trial Completed: August 23, 24, 25, 26, 30, 31 & September 1, 2011 |
| CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK, | Courtroom: 3 |
| Defendants. | Hon.:  Oliver W. Wanger |
| | Action filed:  2/13/09 |

Pursuant to Federal Rule of Civil Procedure 54, judgment is hereby entered in conformity with the Jury's September 1, 2011 verdict for Plaintiff and against Defendant City of Sonora in the amount of $100,000.00, against Defendant Mace McIntosh in the amount of $120,000.00, and against Defendants Hal Prock in the amount of $65,000.00.  The judgment against all Defendants total $285,000.00.

IT IS SO ORDERED.

Date: September 30, 2011         /s/ Oliver W. Wanger
                                 HONORABLE OLIVER W. WANGER

Case No. 1:09-CV-00285-OWW-SMS