**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:  (925) 937-5433
Facsimile:   (925) 938-5567

Attorneys for Plaintiff,
C.B.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| C.B., a minor, | Case No. 1:09-CV-00285-OWW-SMS |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS FEES** |
| v. | |
| CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK, | Trial Completed: August 23, 24, 25, 26, 30, 31 & September 1, 2011 |
| Defendants. | Courtroom:   3<br>Hon.:           Oliver W. Wanger |
| | Action filed:   2/13/09 |

The Court having read the moving and opposing papers and considering the evidence herein finds Plaintiff's Motions for Attorneys Fees appropriate for determination without oral argument.

Pursuant to the Civil Rights Attorney's Fees Awards Act of 1976, 42 U.S.C. § 1988 , the Court finds Plaintiff C.B. the prevailing party and hereby grants Plaintiff C.B.'s Motion for Attorneys fees and orders as follows:

Case No. 1:09-CV-00285-OWW-SMS

    (1)    The Court GRANTS attorney's fees in the amount of $163,275 to Plaintiff C.B. and his attorneys of record against the Defendants City of Sonora, Mace McIntosh and Hal Prock. The Court finds that the attorney hours of 544.25 are reasonable and that the rate of $300 per hour is a reasonable rate considering the prevailing compensation for Plaintiffs' civil rights attorneys in the Fresno Division and the *Kerr* factors.

    (2)    The Court further DENIES Plaintiff C.B.'s request for $26,382.85 in expenses which are separate from and in addition to the Bill of Costs.

IT IS SO ORDERED.

Date:   September 30, 2011          /s/ Oliver W. Wanger
                                    HONORABLE OLIVER W. WANGER