IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor,  ) | 1:09-CV-0285 AWI SMS |
|  ) |  |
|     Plaintiff,  ) | ORDER ON APPLICATION |
|  ) | TO SHORTEN TIME TO |
|   v.  ) | HEAR MOTION FOR STAY |
|  ) | OF PROCEEDINGS TO |
| SONORA SCHOOL DISTRICT, et al.,  ) | ENFORCE JUDGMENTS |
|  ) | PENDING APPEAL |
|     Defendants.  ) |  |

    Currently pending before this Court are Defendants' Application for Order Shortening Time ("Application") to Hear Motion for Stay of Proceedings to Enforce Judgments Pending Appeal ("Motion for Stay") and Motion for Stay. Defendants request a hearing on the Motion for Stay on or before October 14, 2011, which is two days after Defendants filed the Application and Motion for Stay and this case was assigned to the undersigned. After reviewing the papers, the Court has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). The Court further determines that Plaintiff should have an opportunity to oppose the Motion for Stay.

    Therefore, IT IS HEREBY ORDERED that Plaintiff may file an opposition to Defendants' Motion for Stay on or before October 19, 2011. Defendants may file a reply on or before October 21, 2011. A hearing will not be scheduled. As of October 21, 2011, the Court will take the matter under submission, and will thereafter issue its decision. All proceedings to enforce the Judgment are stayed until the Court issues a final order on the Motion for Stay.

IT IS SO ORDERED.

Dated:  October 13, 2011                                              _____
                                                                             CHIEF UNITED STATES DISTRICT JUDGE