IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| C.B., a minor,<br><br>　　　　Plaintiff<br><br>v.<br><br>SONORA SCHOOL DISTRICT; KAREN SINCLAIR; CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK; DOES 1-10,<br><br>　　　　Defendants | Case No. 1:09-CV-285-AWI-SMS<br><br>**[ORDER GRANTING DEFENDANTS' REQUEST FOR COURT APPROVAL OF BOND AND TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL** |

　　　　Defendants, CITY OF SONORA, CHIEF OF POLICE MACE MCINTOSH and OFFICER HAL PROCK'S request for court approval of bond and stay of proceedings to enforce judgment pending appeal has been considered by this Court. The Court had previously ordered that this matter would not be stayed, but, if Defendants wished to postpone execution of judgment, then the filing of a supersedeas bond in the amount of 125% of the judgment, i.e. $542,385.36, would be required. See Court's Docket Doc. No. 217. Defendants have filed a notice of deposit of funds with the Court in the amount of $542,385.36. The notice indicates that the funds may be applied to enforce the Defendants' liability in this matter if their appeal is unsuccessful and once all appellate remedies have been exhausted. See id. at Doc. No. 225-1. It appears that Defendants have followed this Court's previous order, as well as Local Rule 151(h). The Court will approve the deposited funds as a supersedeas bond. See Fed. R. Civ. Pro. 62(d); Local Rule 151(h); Court's Docket Doc. No. 217.

1  Accordingly, IT IS HEREBY ORDERED that the court approves the agreement and
2  deposit of funds in lieu of a bond pursuant to Local Rule 151(h), and orders a stay of proceedings
3  to enforce the judgment against defendants pending an appeal pursuant to Rule 62(d).
4  IT IS SO ORDERED.

5  Dated:   November 18, 2011

6  CHIEF UNITED STATES DISTRICT JUDGE