# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

C.B., a minor,

    Plaintiff,

  v.

SONORA SCHOOL DISTRICT, et al.,

    Defendants.

_____/

CASE NO. 1:09-cv-00285-AWI-SMS

ORDER DIRECTING
SUPPLEMENTAL DECLARATION

(Doc. 236)

  On February 11, 2012, Matthew D. Banks petitioned the Court for permission to withdraw $4000.00 from a blocked account established for Plaintiff C.B. following settlement of certain claims in the above-captioned case.  Although Mr. Banks specifies that the requested funds are to be used to purchase a used car from Theela Butcher, his petition includes insufficient information to allow the Court to determine the propriety of the requested order.

  This Court hereby directs Mr. Banks to submit a supplemental declaration (statement under oath) specifically identifying the car to be purchased, the reason for the purchase, and any person or persons who will own or operate the car, and disclosing any relationship Ms. Butcher has to Mr. Banks or C.B.  The declaration should also include any additional information regarding the purchase that is likely to assist the Court in determining whether the withdrawal is in Plaintiff's interest.  Mr. Banks should submit his supplemental declaration on or before February 22, 2012. The matter shall then be deemed submitted for decision pursuant to Local Rule 230(h) (F.R.Civ.P. 78).

  The Clerk of Court is directed to mail a copy of this order to Mr. Banks.

IT IS SO ORDERED.

**Dated:   February 13, 2013**    **/s/ Sandra M. Snyder**
          UNITED STATES MAGISTRATE JUDGE