JOHN F. MARTIN, SBN 52618
LAW OFFICES OF JOHN F. MARTIN, PC
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Telephone:    (925) 937-5433
Facsimile:    (925) 938-5567

Attorneys for Plaintiff C.B., a minor



FILED

APR 03 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| C.B., a minor, | CASE NO. 1:09-CV-00285-AWI-SMS |
| Plaintiff, | |
| v. | ORDER FOR DISBURSEMENT |
| CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

Judgment was entered on September 30, 2011, on the docket of the above-titled action in this court in favor of Plaintiff, C.B., a minor, as Judgment Creditor, against Defendant CITY OF SONORA in the amount of $100,000.00, against Defendant MACE MCINTOSH in the amount of $120,000, and against Defendant HAL PROCK in the amount of $65,000, as Judgment Debtors. Attorney's Fees of $163,275.00 were awarded on September 30, 2011, on the docket of the above-titled action in this court in favor of Plaintiff, C.B., a minor, as Judgment Creditor, against all Defendants, CITY OF SONORA; CHIEF OF POLICE MACE MCINTOSH; OFFICER HAL PROCK, as Judgment Debtors.

On November 18, 2011, the court approved the Defendants' supersedeas bond deposit in the amount of 125% of the Judgment, including attorney's fees, i.e. $542,385.36.

On October 15, 2014, on En Banc Appeal, the Ninth Circuit Court of Appeals affirmed in part and reversed in part this court's judgment, but only reduced the Judgment amount to $105,000 against Defendant MACE MCINTOSH, and to $60,000 against Defendant HAL PROCK. The reduced Judgment against all Defendants/Judgment Debtors totals $265,000.

Since the entry of Judgment in this court, the following sums accrued: Interest of $10,302.24 accrued on the Judgment, computed at 1.1% APR, pursuant to 28 U.S.C. §1961(a) and (b). Interest of $6,347.55 accrued on the awarded Attorney's Fees, computed at 1.1% APR, pursuant to 28 U.S.C. §1961(a) and (b).

No payments were made by said Defendants/Judgment Debtors as of this date.

Plaintiff timely filed a Motion for Attorney's Fees on October 27, 2014, and a Supplemental Motion for Attorney's Fees on March 4, 2015. Defendant opposed both motions. Both of these motions are still pending before the Ninth Circuit Court of Appeals.

Defendants/Judgment Debtors exhausted all appellate remedies, including petitioning for a Writ of Certiorari to the Supreme Court of the United States, which petition was denied on February 23, 2013. The Ninth Circuit Court of Appeals issued a Mandate on February 25, 2015.

Accordingly, IT IS HEREBY ORDERED that Clerk is directed to disburse the funds as follows:

Disburse to the Plaintiff as prevailing party the Judgment Amount of $265,000.00, Attorney's Fees of 163,275.00, interest in the amount of $10,302.24 accrued on the Judgment, and $6,347.55 accrued on the awarded Attorney's Fees. Therefore, the Clerk is directed to disburse the total amount of **$444,924.79** to Plaintiff.

//
//
//
//
//
//

1 | Disburse the remaining funds (i.e., **$97,460.57**) to the Defendants.

3 | **IT IS SO ORDERED.**

5 | Dated: April 3, 2015

Senior United States District Judge Anthony W. Ishii