**FILED**

APR 14 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., a minor,<br><br>             Plaintiff<br><br>      v.<br><br>SONORA SCHOOL DISTRICT, et al.,<br><br>             Defendants | CASE NO. 1:09-CV-285 AWI SMS<br><br>SUPPLEMENTAL ORDER REGARDING DISBURSEMENT OF FUNDS |

Judgment in this matter was entered on September 30, 2011 in favor of Plaintiff. On November 18, 2011, the Court approved supersedeas bond in the amount of $542,385.36. On October 15, 2014, an en banc Ninth Circuit Court of Appeals panel affirmed in part the judgment, but reduced the damages as to two defendants.

On April 3, 2015, the Court approved a proposed order disbursing the funds from the supersedeas bond. Following entry of the order, the Court received word that additional information was needed in order for the Clerk to disburse the funds. The Court contacted counsel for both parties and has now received the clarifying information. The Court will issue the following supplemental order for disbursement of funds.

Accordingly, IT IS HEREBY ORDERED that the Clerk is directed to disburse the funds as follows:

1. With respect to Plaintiff:

    a. to Connor Banks in the amount of $275,302.24 (which represents the affirmed jury award plus interest);

      b.      to The Law Offices of John. F. Martin in the amount of $169,622.55 (which represents the award of attorney's fees plus interest);

      c.      The Clerk shall send these funds to the Attention of Attorney John F. Martin at The Law Offices of John F. Martin, 3100 Oak Rd., Suite 230, Walnut Creek, CA 94597;

2. With respect to Defendants:

      a.      to The Central San Joaquin Valley Risk Management Authority in the amount of $97,460.57;

      b.      The Clerk shall send these funds to the Attention of Attorney Cornelius J. Callahan at Borton Petrini, LLP, 201 Needham Ave., Modesto, CA 95354;

3. With respect to interest that has accrued while the $542,385.36 has been in the Court's custody, the Clerk shall disburse 18% of that interest to The Central San Joaquin Valley Risk Management Authority, 51% of that interest to Connor Banks, and 31% of that interest to The Law Offices of John F. Martin;[1] and

4. Because all appellate remedies have been exhausted, the Clerk need not wait the customary period of time, but instead shall disburse the funds (as described above) as soon as possible.

IT IS SO ORDERED.

Dated: __April 14, 2015__               _____
                                           SENIOR DISTRICT JUDGE

---

[1] The parties did not specify or disclose any arrangements with respect to the interest that accrued while the funds were in the Court's possession. In the absence of any agreement, the Court will disburse the interest in the same ratios as the individual disbursements to the total supersedeas bond.

2