**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **C.B., a minor,** | **CASE NO. 1:09-CV-285 AWI SMS** |
| **Plaintiff** | |
| **v.** | **ORDER CLOSING CASE** |
| **SONORA SCHOOL DISTRICT, et al.,** | |
| **Defendants** | |

Judgment in this matter was entered on September 30, 2011 in favor of Plaintiff.  On November 18, 2011, the Court approved a supersedeas bond in the amount of $542,385.36.  On October 15, 2014, an en banc Ninth Circuit Court of Appeals panel affirmed in part the judgment, but reduced the damages as to two defendants.

On April 3, 2015, the Court approved a proposed order disbursing the funds from the supersedeas bond.  On April 14, 2015, the Court issued a supplemental order that provided additional specifications for disbursement of the bond.

Administratively, this case is identified as an open matter.  However, it is the Court's understanding that the supersedeas bond has now been disbursed, and that the only proceedings that are on-going involve attorneys' fees at the Ninth Circuit.  In other words, there are no further open matters in this Court.  In light of these considerations, it is appropriate to administratively close this case.

Accordingly, IT IS HEREBY ORDERED that the Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   June 8, 2015

_____
SENIOR  DISTRICT  JUDGE